UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION
NO: 5:12-CV-00187-BR

| | | |
|---|---|---|
| WILLIAM DAVID HUMPHRIES, | ) | |
| LINDA JANE HUMPHRIES, | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| v. | ) | |
| TAMIKA S. WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiffs' motion to seal two exhibits submitted in support of their brief in opposition to the unnamed defendant's motion to continue and stay.  (DE # 32.)  Because those exhibits were not necessary to the court's decision allowing in part the motion to continue and stay, the motion to seal is DENIED.

This 28 August 2013.

_____

W. Earl Britt
Senior U.S. District Judge