UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| William David Humphries, <br> Linda Jane Humphries, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | **JUDGMENT** |
| Tamika S. Whitfield. | ) <br> ) <br> ) <br> ) | 5:12-CV-187-BR |
| Defendant, | ) <br> ) | |
| State Farm Mutual Automobile <br> Insurance Company, | ) <br> ) <br> ) | |
| Unnamed Defendant. | ) | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff William Humphries is entitled to recover from the unnamed defendant State Farm Mutual Automobile Insurance Company $275,000.00 for personal injury damages and shall bear interest at the legal rate.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Linda Humphries is entitled to recover from the unnamed defendant State Farm Mutual Automobile Insurance Company $25,000.00 for loss of consortium and shall bear interest at the legal rate.

**This judgment filed and entered on December 10, 2013, and served on:**

Douglas R. Dollinger (Via CM/ECF Notice of Electronic Filing)
Miguel R. San Jose (Via CM/ECF Notice of Electronic Filing)
Katherine Elizabeth Hudson (Via CM/ECF Notice of Electronic Filing)
Jonathan E. Hall (Via CM/ECF Notice of Electronic Filing)
Paul B. Hlad (Via CM/ECF Notice of Electronic Filing)


December 10, 2013                                          /s/ Julie A. Richards,
                                                            Clerk of Court

Case 5:12-cv-00187-BR   Document 81   Filed 12/10/13   Page 1 of 1